## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DENNIS MCDONOUGH, JR.                    Chapter 13
ELIZABETH MCDONOUGH


                Debtor              Bankruptcy No. 17-10850-ELF


### NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

William C. Miller, Trustee has filed a Trustee's Motion to Dismiss with the court for the    purpose of
dismissing this Chapter 13 bankruptcy case for the reason(s) stated in the enclosed motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with
your attorney, if you have one in this bankruptcy case. (if you donot have an attorney you may wish to
consult an attorney.)

1.  If you do NOT want the Court to grant the relief sought in the Motion, or if you want the Court to
    consider your views on the Motion, then fifteen days (15) prior to the hearing listed in paragraph 3 of this
    notice, you or your attorney must do all of the following:


    (a)     file an answer explaining your position at:

            U.S. Bankruptcy Court
            900 Market Street-Suite 400
            Philadelphia, PA 19107


    (b)     mail a copy to the movant's attorney:

            William C. Miller, Esquire
             P.O. Box 1229
            Philadelphia, PA 19105
            Telephone: (215) 627-1377 Fax: 215-627-6299

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the
    hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3.  A hearing on the Motion is scheduled to be held before Eric L. Frank, on 7/11/2017 10:00:00 AM in
    Courtroom #1 at U.S. Bankruptcy Court, Philadelphia 900 Market St.

4.  You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether the hearing has
    been canceled because no one filed an answer.

                                                            Date: 6/15/2017