# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                               Chapter 13

                                               Bankruptcy No. 17-10850-ELF

DENNIS MCDONOUGH, JR.
ELIZABETH MCDONOUGH
4233 Chippendale Street

Philadelphia, PA 19136

       Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DENNIS MCDONOUGH, JR.
    ELIZABETH MCDONOUGH
    4233 Chippendale Street

    Philadelphia, PA 19136


Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

                                                  /S/ William C. Miller

Date: 6/15/2017                                 _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee