*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dennis McDonough, Jr. and Elizabeth McDonough
    Debtor(s)

Case No: 17−10850−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay Final
Installment in the amount of $85.00.

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 7/11/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 26, 2017

30
Form 175