United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10850-elf
Dennis McDonough, Jr.                                                     Chapter 13
Elizabeth McDonough
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jul 13, 2017
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
```
db/jdb         +Dennis McDonough, Jr.,    Elizabeth McDonough,    4233 Chippendale Street,
                 Philadelphia, PA 19136-3603
13862773      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court:  Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
13862774       +ABC Bail Bonds,    49 N. 13th Street,    Philadelphia, PA 19107-2819
13862776        C/O 1ST JUDICIAL DIST. OF PA,    APPD/OJR/OCC,    ROOM 370 CITY HALL,    PHILADELPHIA PA 19107
13919607        Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis MN 55440-1123
13862777       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13862779       +SCOTT CONSUMER DISCOUNT COMPANY,    1117-19 SPRUCE STREET,    PHILADELPHIA PA 19107-6712
13862781       +Thomas Puleo,    MELLON INDEPENDENCE CENTER,    SUITE 5000,    701 MARKET ST,
                 PHILADELPHIA PA 19106-1541
13862783       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13862784       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13862785       +Water Revenue Department,    1401 John F Kennedy Blvd,    Philadelphia, PA 19102-1606
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 14 2017 01:37:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2017 01:37:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2017 01:37:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13898919        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2017 01:39:39
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13862778       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 14 2017 01:37:20      PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
13887587       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 14 2017 01:37:20      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13862780       +E-mail/Text: bankruptcy@sw-credit.com Jul 14 2017 01:37:35      Southwest Credit Syste,
                 4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13862775      ##+Ars,    1801 Nw 66th Ave,    Fort Lauderdale, FL 33313-4571
13862782      ##+Transworld System Inc/,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore             Page 2 of 2                   Date Rcvd: Jul 13, 2017
                              Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor Dennis  McDonough, Jr. bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        BRANDON J. PERLOFF    on behalf of Joint Debtor Elizabeth  McDonough bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        THOMAS I. PULEO    on behalf of Creditor   SCOTT CONSUMER DISCOUNT COMPANY tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :       Chapter 13
    DENNIS McDONOUGH and               :
    ELIZABETH McDONOUGH,               :
            Debtor(s)                    :       Bky. No.  17-10850 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  July 12, 2017

                                                       **ERIC L. FRANK**
                                                       **CHIEF U.S. BANKRUPTCY JUDGE**