United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10850-elf
Dennis McDonough, Jr.                                           Chapter 13
Elizabeth McDonough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore        Page 1 of 1              Date Rcvd: Aug 14, 2017
                             Form ID: pdf900         Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db/jdb          +Dennis McDonough, Jr.,   Elizabeth McDonough,   4233 Chippendale Street,
                 Philadelphia, PA 19136-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 15 2017 01:25:54    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2017 01:25:30
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 15 2017 01:25:46    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                           TOTAL: 3


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
        BRANDON J. PERLOFF   on behalf of Debtor Dennis  McDonough, Jr. bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        BRANDON J. PERLOFF   on behalf of Joint Debtor Elizabeth  McDonough bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        THOMAS I. PULEO   on behalf of Creditor   SCOTT CONSUMER DISCOUNT COMPANY tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         **Chapter 13**
    **DENNIS MCDONOUGH, JR.**        :
    **ELIZABETH MCDONOUGH,**          :
       **Debtors**             :
                          :         **Bky. No. 17-10850  ELF**

**O R D E R**

        **AND NOW**, **WHEREAS**:

A.  The Debtors' counsel ("the Applicant") has filed an Application for Allowance of Compensation ("the Application").

B.  The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant requests that pre-confirmation plan payments held by the chapter 13 trustee be distributed to the Applicant.

D.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

E.  The Debtors paid the Applicant **$1,023.00**  in compensation  before the commencement of the case.

F.  Reasonable and allowable compensation is equal to or exceeds the sum of the pre-petition retainer and the amount of money presently held by the chapter 13 trustee **(i.e., $ 1,374.80)**.

        It is therefore, **ORDERED** and **DETERMINED** that:

1.  The Application is **GRANTED**.

2.  Compensation is allowed in favor of the Applicant, but it is unnecessary for the court to determine that the requested compensation be allowed in a specific amount.

3.  The Chapter 13 Trustee  is authorized and directed to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

**Date: August 14, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**